Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
12, 2004









 




 
 
 
  
 
 
 




Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 12, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00713-CV

____________

 

IN RE JIMMIE RICHARDSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 29, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator asks us to
order respondent to grant relator an examining
trial.  See Tex. Code Crim. Proc. Ann. art.
16.01 (Vernon Supp. 2004).  In his petition, relator
states that he was indicted for aggravated assault and kidnapping on May 17,
2004.  A defendant=s right to an examining trial is
ended by the return of an indictment.  State ex rel. Holmes v. Salinas,
784 S.W.2d 421, 424 (Tex. Crim. App. 1990).

Accordingly, relator is not
entitled to the relief sought in his petition. 
We deny his petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed August 12, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.